**ORIGINAL**

AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 28 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

UNITED STATES OF AMERICA
v.
**JAMES CAMINOS**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number:    1:02CR00022-04
USM Number: 88881-022

Shanlyn Park, AFPD
Defendant's Attorney

**THE DEFENDANT:**

[✔]    admitted guilt to violation of condition(s) General Condition, Special Condition No. 1, Special Condition No. 6 and Standard Condition No. 2 of the term of supervision.

[ ]    was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:    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

Defendant's Residence Address:
85-105 Ala Akau Street #1
Waianae, Hawaii 96792

Defendant's Mailing Address:
85-105 Ala Akau Street #1
Waianae, Hawaii 96792

September 17, 2004
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, Chief United States District Judge
Name & Title of Judicial Officer

Sept. 28, 2004
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:02CR00022-04 | Judgment - Page 2 of 3 |
| DEFENDANT: | JAMES CAMINOS | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Urine Specimens collected from Offender tested positive for methamphetamine | 6/26/03, 6/29/03 and 5/5/04 |
| 2 | Offender refused to comply with drug testing at Hina Mauka (HM) and refused to comply with drug testing at the Drug Addiction Services of Hawaii, Inc. (DASH). | 5/22/03, 5/23/03, 5/26/03, 5/28/03, 5/29/03, 6/23/03, 6/24/03, 1/19/04, 2/3/04, 3/10/04, 4/7/04 4/21/04, 6/8/04, 6/11/04, 6/16/04 and 6/17/04 |
| 3 | Offender refused to attend his drug counseling session at Dash | 6/16/04 |
| 4 | Offender was discharged from The Salvation Army Adult Rehabilitation Center as a program failure | 8/20/04 |
| 5 | Offender submitted a urine specimen that tested positive for methamphetamine | 8/24/04 |
| 6 | Offender failed to report to the Probation Office as instructed | 8/31/04 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: | 1:02CR00022-04 |
| DEFENDANT: | JAMES CAMINOS |

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 MONTHS.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
1. Prison Facility-Nellis Air Force Base
2. Drug Treatment

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal